5472 059

AO 442 (Rev. 11/11) Arrest Warrant

FILED

2017 FEB -3 PM 4: 06

CLERK U.S. DISTRICT C...
NORTHERN DISTRICT OF OHIO
AKRON

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

United States of America
v.
ROBERT ELDEN EVANS

Defendant

Case No. 5:17M 1009

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ROBERT ELDEN EVANS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 922(g)(1) - Felon in Posession of a Firearm
21 U.S.C. 841(a)(1) - Possession with the Intent to Distribute a Controlled Substance

Date: 1/30/17

*Issuing officer's signature*

City and state: Akron, Ohio

ATF Special Agent Larry Ward
*Printed name and title*

### Return

This warrant was received on *(date)* 1/30/17, and the person was arrested on *(date)* 1/31/17
at *(city and state)* Akron, Ohio.

Date: 1/31/17

*Arresting officer's signature*

Larry K. Ward Jr. ATF S/A
*Printed name and title*