# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:17MJ1009 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | WAIVER OF DETENTION HEARING |
| | ) | AND ORDER |
| | ) | |
| ROBERT ELDEN EVANS, | ) | |
| | ) | |
| Defendant. | ) | Magistrate Judge Kathleen B. Burke |

Robert Elden Evans, the above named defendant, accused of having violated Title 18:922 (g)(1) and 21:841(a)(1), advised of the nature of the charge and of his rights, and under advice of counsel, waives in open court his right to a detention hearing and consents that he be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i) but reserves the right to raise the issue of detention at a later date should circumstances change.

_____
Defendant

_____
Counsel for Defendant
JAMES M. CAMPBELL

IT IS SO ORDERED.

Approved: _____
**KATHLEEN B. BURKE**
U.S. MAGISTRATE JUDGE

Date: 2/6/17

2017 FEB -6 PM 1:21
U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON
FILED